# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH DAVID JOSEPH

NO. 2025 KW 0692

**JULY 16, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          874980.

---

**BEFORE:    THERIOT, MILLER, AND STROMBERG, JJ.**

**WRIT DENIED.**

**MRT**
**SMM**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT